**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

CRIMINAL ACTION NO. 08-7-DLB-EBA-1

UNITED STATES OF AMERICA                                       PLAINTIFF

VS.                        <u>**ORDER**</u>

ROGER A. BROWNE                                              DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. # 358). Consistent with local practice, this matter was referred to Magistrate Judge Edward B. Atkins for the purpose of reviewing the motion and preparing a Report and Recommendation (R&R). After reviewing the issues raised by Defendant, Magistrate Judge Atkins issued a R&R on February 2, 2012 (Doc. # 488) recommending that Defendant's Motion to Vacate be denied. No objections to the R&R having been filed, and the time to file objections having now expired, the motion and R&R are ripe for review.

Having reviewed the Magistrate Judge's R&R, the Court concurs with his recommended disposition. Defendant knowingly and voluntarily waived his right to file a collateral attack on his guilty plea, conviction and sentence. Furthermore, none of Defendant's numerous allegations in his motion undermine the validity of his guilty plea.

1

Accordingly, **IT IS ORDERED AND ADJUDGED** that:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 488) is hereby **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court;

(2) Defendant's Motion to Vacate, Set Aside or Correct Sentence (Doc. # 358) is hereby **DENIED**;

(3) the Court certifies that, for the reasons previously set forth in the Report and Recommendation of the Magistrate Judge (Doc. # 488), there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability will issue; and

(4) this matter is hereby **DISMISSED WITH PREJUDICE,** and stricken from the Court's docket.

This 23rd day of February, 2012.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-7-1 Order adopting R&R.wpd