UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 08-7-DLB-EBA-12**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

vs.                               <u>**ORDER**</u>

**DONALD R. MELTON**                                           **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court on the Magistrate Judge's Report and Recommendation (R&R). (Doc. # 523). In December 2011, Mr. Melton was serving a term of supervised release when he, by his own admission, was arrested by Kentucky authorities for possession of a controlled substance. (Doc. # 523, at 2). The Plaintiff appeared before the Magistrate Judge and stipulated that he had violated multiple conditions of release. (*Id.*). The Magistrate Judge then submitted this R&R regarding the punishment Defendant should face for violating those conditions.

No objections to the R&R have been filed, and the time to do so has now expired. Upon review of the R&R, and the Court being in complete agreement with the analysis and conclusions contained therein, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 523) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **EIGHTEEN (18) MONTHS,** less time served, and will then **continue on supervised release for a period of THREE (3) years**;

(5) Defendant shall continue on the conditions previously imposed;

(6) A Judgment shall be entered contemporaneously herewith.

This 13th day of December, 2013.



G:\DATA\ORDERS\Ashland Criminal\2008\08-7-12 Melton Order Adopting R&R.wpd